# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 4, 2010

140320-1

HASTINGS MUTUAL INSURANCE
COMPANY,
      Plaintiff/Counter
      Defendant-Appellant,

v

SAFETY KING INCORPORATED,
      Defendant/Counter
      Plaintiff-Appellee,

and

DEBORAH MASTROGIOVANNI and
MICHAEL MASTROGIOVANNI, Individually,
and DEBORAH MASTROGIOVANNI, as Next
Friend of MICHAEL MASTROGIOVANNI, a
Minor,
      Defendants-Appellees.
_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 140320-1
COA: 286392, 286601
Oakland CC: 2007-081480-CK

On order of the Chief Justice, a stipulation signed by counsel for the parties agreeing to the dismissal of this application for leave to appeal is considered, and the application for leave to appeal is DISMISSED with prejudice and without costs.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 4, 2010

_____
Clerk

y0601